IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Park Avenue Business Condo Association, LLP, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Owners Insurance Company, | ) ) | Case No. 1:21-cv-175 |
| Defendant. | ) | |

On October 19, 2022, the parties filed a "Stipulation to Extend Certain Deadlines in Joint Scheduling/Discovery Plan." (Doc. No. 14). The court **ADOPTS** the parties' stipulation (Doc. No. 14) and amends the pretrial deadlines as follows:

1. The parties shall have until December 12, 2022, to complete fact discovery and to file discovery motions. To be considered timely, all discovery shall be served such that responses are due prior to the deadline set forth herein.

2. The parties shall have until February 3, 2023, to file other dispositive motions (summary judgment as to all or part of the case).

The court shall, on its own motion, reschedule the final pretrial conference and trial to ensure that it has sufficient time to consider any dispositive motions the parties may file. Accordingly, the final pretrial conference set for April 18, 2023, shall be rescheduled for November 21, 2023, at 9:00 AM by telephone. To participate in the final pretrial conference, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial scheduled for May 1, 2023, shall be rescheduled for December 4, 2023, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Hovland. A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2022.

                                                      */s/ Clare R. Hochhalter*
                                                     Clare R. Hochhalter, Magistrate Judge
                                                     United States District Court